THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SANXAY HENG XAYADETH, <br><br> Defendant. | NO. CR15-240JLR <br><br> (~~PROPOSED~~) ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE & EXTEND PRETRIAL MOTIONS DEADLINE |



The Court has considered the defendant's unopposed motion to continue the trial date and extend the pretrial motions deadline, as well as Mr. Xayadeth's knowing and voluntary speedy trial waiver. The Court grants the unopposed motion and finds that:

1. Taking into account the exercise of due diligence, not granting a continuance in this case would deny Mr. Xayadeth's counsel reasonable time necessary for effective preparation of this case given counsel's need for additional time to review and analyze discovery materials still outstanding, to complete investigation, research and draft pretrial motions, advise Mr. Xayadeth and prepare for trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

2. Given the considerations outlined above, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a

(PROPOSED) ORDER GRANTING
UNOPPOSED MOTION TO
CONTINUE TRIAL & EXTEND
PRETRIAL MOTIONS DEADLINE  - 1
(*Sanxay Heng Xayadeth*; CR15-240JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

more speedy trial, based upon the Court's evaluation of relevant factors pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to December 7, 2015, and that pretrial motions shall be filed no later than October 29, 2015. The period of delay from the date of this order to the new trial date is excluded under 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv).

DATED this 20th day of August, 2015.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Sanxay Heng Xayadeth

(PROPOSED) ORDER GRANTING
UNOPPOSED MOTION TO
CONTINUE TRIAL & EXTEND
PRETRIAL MOTIONS DEADLINE - 2
(*Sanxay Heng Xayadeth*; CR15-240JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100